UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

J. Bradford Brooks

    Plaintiff

v.    Civil Action No. 19-11258-ADB

City of Haverhill et al

    Defendant

## ORDER FOR REMAND

Burroughs, DJ

In accordance with this Court's Electronic Order dated June 17, 2019, GRANTING the Motion to Remand, it is hereby ordered that this case be REMANDED to Land Court Department of the Trial Court for further proceedings.

    BY THE COURT,

    /s/ Christina McDonagh

    Deputy Clerk

DATED: June 17, 2019